UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOLFO MURILLO MORENO,

Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

Defendants.

Case No. 16-cv-06979-JCS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's instructions to file an amended complaint. Rather than doing so, he filed an appeal. Because plaintiff has failed to file an amended complaint by the deadline, he has failed to prosecute this action. Accordingly, this action is DISMISSED without prejudice under Rule 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint that complies with the instructions set forth in the order dismissing the complaint with leave to amend. (Dkt. No. 6.)

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** May 23, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge