UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOLFO MURILLO MORENO,

Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

Defendants.

Case No. 16-06979 EJD (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On April 6, 2017, the Honorable Judge Joseph C. Spero dismissed the complaint with leave to file an amended complaint within twenty-eight days. (Docket No. 6.) On May 24, 2017, Judge Spero dismissed the matter after Plaintiff failed to file an amended complaint in the time provided. (Docket No. 10.)

On April 17, 2018, the matter was reopened on remand from the Ninth Circuit Court of Appeals in light of Williams v. King, 875 F.3d 500, 503 (9th Cir. 2017). (Docket No. 20.) The matter was then reassigned to this Court. (Docket No. 21.) On April 27, 2018, the Court adopted Judge Spero's initial order dismissing the complaint with leave to amend and afforded Plaintiff twenty-eight days to file an amended complaint in order to proceed with this action. (Docket No. 22.) Plaintiff was advised that failure to file an

1    amended complaint in the time provided would result in the dismissal of this action

2    without prejudice and without further notice to Plaintiff. (*Id.*)  On the same day, mail sent

3    to Plaintiff was returned as undeliverable because Plaintiff was no longer in custody.

4    (Docket No. 23).

5        Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must

6    promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a).

7    The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

8    se party by the Court has been returned to the Court as not deliverable, and (2) the Court

9    fails to receive within sixty days of this return a written communication from the pro se

10   party indicating a current address.  See L.R. 3-11(b).

11       More than sixty days have passed since the mail addressed to Plaintiff was returned

12   as undeliverable.  The Court has not received a notice from Plaintiff regarding a new

13   address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice

14   pursuant to Rule 3-11 of the Northern District Local Rules.

15       **IT IS SO ORDERED.**

16   Dated:  __7/5/2018_____

17                                EDWARD J. DAVILA
                                 United States District Judge

18

19

20

21

22

23

24

25

26

27   Order of Dismissal
     P:\PRO-SE\EJD\CR.16\06979Moreno_dism.docx

28                                          2